Anna Nelson
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 532-4402 (voice)
anna.nelson@usdoj.gov

Attorney for Defendant

JS-6

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

MARCELO GONDIM, *et al.*,                    :

            Plaintiffs,          :

      v.                                :

UNITED STATES OF AMERICA, *et al.*,          :

           Defendants,          :

                              :

Case No.: 2:12-cv-01081-PA(PLAx)

ORDER GRANTING
STIPULATION FOR VOLUNTARY
DISMISSAL

     This matter comes before the Court on the parties' stipulation to voluntarily dismiss this case.   IT IS ORDERED that this matter be dismissed without prejudice.

DATED: July 19, 2012

_____

Hon. Percy Anderson
United States District Judge