Anna Nelson
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 532-4402 (voice)
anna.nelson@usdoj.gov

JS-6

Attorney for Defendant

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO GONDIM, *et al.*,<br>        Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA, *et al.*,<br>        Defendants, | Case No.: 2:12-cv-01081-PA(PLAx)<br><br>ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL |

This matter comes before the Court on the parties' stipulation to voluntarily dismiss this case. IT IS ORDERED that this matter be dismissed without prejudice.

DATED: July 19, 2012

_____
Hon. Percy Anderson
United States District Judge